COPY

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
FILED
NOV 25 2025
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

JOANN BEACH,

Plaintiff,

v.

WAL-MART STORES EAST, LP d/b/a WALMART STORE #4273,

Defendant.

Case No. CJ-2025- CJ-2025-05475

William D. LaFortune

## PETITION

**COMES NOW,** Plaintiff Joann Beach, and for her claim against Defendant(s) alleges and states as follows:

1. Plaintiff, Joann Beach, is a resident of Tulsa, Tulsa County, Oklahoma.
2. Defendant(s), Wal-Mart Stores East LP d/b/a Walmart Store #4273 is a foreign limited partnership, licensed to do business in the state of Oklahoma.
3. At all times mentioned herein, Defendant(s) were acting through their agents, servants, and employees operating within the scope and course of their employment with Defendant(s) and which are known to Defendant(s) and unknown to Plaintiff.
4. On June 3, 2025, Plaintiff was an invitee of Defendant(s) at a Walmart Store #4273 located 207 South Memorial Drive, Tulsa, Oklahoma when she fell on a slippery substance on the floor of the store and was injured.
5. The incident and resulting injuries to Plaintiff were caused solely by the negligence of Defendant(s) and its employees without any contributory negligence on the part of Plaintiff.
6. The negligence of Defendant(s) at the above time and place, among other things, consisted of the following:
    a. Defendant(s) failed to provide safe ingress and egress to invitees of Defendant(s), including Plaintiff;

EXHIBIT
2

b. Defendant(s) were negligent in failing to inspect, discover, and warn of the existence of the dangerous condition;

c. Defendant(s) failed to keep Defendant(s) room in a reasonable safe condition;

d. Defendant(s) failed to properly mop, sweep and inspect their floors in a properly and timely manner;

e. Defendant(s) failed to warn or inform its invitees, including Plaintiff, of the dangerous condition in areas where Defendant(s) knew or should have known that invitees, including Plaintiff, would reasonably be expected to walk; and

f. Defendant(s) negligently placed and allowed to remain on the floor a substance of which Defendant(s) knew or should have known could cause invitees, including Plaintiff, to slip and fall and result in personal injuries.

7. Defendant(s) knew or should have known that there was standing liquid on the floor which posed a risk to customers in that they may slip and fall.

8. As a result of the Defendant(s)' negligence, Plaintiff incurred and will incur medical expenses, suffered and will suffer physical and mental pain, suffered and will suffer physical impairments and disabilities, and was otherwise injured and damaged, each in the amount in excess of $75,000.00.

**WHEREFORE**, Plaintiff prays for judgment against Defendant(s) in an amount in excess of $75,000.00.

Respectfully Submitted,

Matthew Patterson

**TONY W. EDWARDS, OBA #2649**
**MATTHEW PATTERSON, OBA # 22266**
**ALLISON A. FURLONG, OBA #35115**
321 S. 3rd Street, Suite 1
P.O. Box 1066
McAlester, OK 74502
918-302-3700 – Telephone
918-302-3701 – Facsimile
*ATTORNEYS FOR PLAINTIFF*

**ATTORNEY'S LIEN CLAIM**
**JURY TRIAL RESERVED**